AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jeremiah Culotta | ) Case No: 2:02CR174-MEF-01 |
| | ) USM No: 11033-002 |
| Date of Previous Judgment: 5/30/03 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | N/A |
| Criminal History Category: | IV | Criminal History Category: | |
| Previous Guideline Range: | 77 to 96 months | Amended Guideline Range: | ___ to ___ months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):  Bank Robbery case. No crack cocaine involved in determining guideline sentence.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  5/30/03  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  8-22-08

Effective Date: _____
(if different from order date)

_____
Judge's signature

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title